DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STATE OF FLORIDA,

Appellant,

v.

JUAN CORTEZ O'BRIEN,

Appellee.

No. 2D2025-0051
_____

October 31, 2025

Appeal from the Circuit Court for Sarasota County; Shannon Geneva
Hankin, Judge.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander,
Assistant Attorney General, Tampa, for Appellant.

Blair Allen, Public Defender and Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellee.


PER CURIAM.

      Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.